UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RAY BYARGEON, JR.,

    Plaintiff,

Case No. 1:14-cv-512

v.

HON. JANET T. NEFF

JOANNE SANBORN and
KENT SANBORN,

    Defendants.

_____/

## ORDER

This is a civil action involving a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 29, 2015, recommending that this action be dismissed for want of prosecution and failure to comply with the rules and orders of this court. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 45) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED WITH PREJUDICE for want of prosecution and failure to comply with the rules and orders of this court.

A Judgment will be entered consistent with this Order.

Dated: June 16, 2015

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge